# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| BRITTANY GREER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 2:21-cv-02236-SHL-cgc |
| | ) | |
| KROGER LIMITED PARTNERSHIP I, | ) | |
| | ) | **JURY DEMANDED** |
| Defendant. | ) | |

## JOINT NOTICE OF SETTLEMENT
## AND
## STIPULATION OF DIMISSAL WITH PREJUDICE

The parties, Defendant, Kroger Limited Partnership I (hereinafter "Kroger") and Plaintiff, Brittany Greer (hereinafter "Plaintiff") (collectively referred to as "the Parties"), by and through their counsel of record and pursuant to Local Rule 83.13, hereby give notice that all matters by and between the parties have been settled and compromised. The parties also submit this Joint Stipulation of Dismissal with Prejudice. The parties hereby stipulate that this cause may be dismissed with prejudice.

Respectfully submitted this 21st day of April, 2021.

**LEWIS THOMASON, P.C.**

By: s/Christopher L. Vescovo
CHRISTOPHER L. VESCOVO (14516)
LAURA L. DEAKINS (30131)
*Attorneys for Defendants, Kroger Limited Partnership I and The Kroger Company*
40 South Main Street, Suite 2900
Memphis, TN 38103
(901) 525-8721
cvescovo@lewisthomason.com
ldeakins@lewisthomason.com

**MORGAN & MORGAN-MEMPHIS**

By: s/ Elaine Sheng
ELAINE SHENG   (18438)
80 Monroe Ave., Suite 900
Memphis, TN 38103
(901) 333-1918
esheng@forthepeople.com
*Attorney for Plaintiff*

10330026