```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF TENNESSEE
                           WESTERN DIVISION
```

| | |
|---|---|
| BRITTANY GREER, )<br>)<br>     Plaintiff,         )<br>)<br>v.                            )<br>)<br>KROGER LIMITED PARTNERSHIP I, )<br>)<br>     Defendant.         )<br>) | No. 2:21-cv-2236-SHL-cgc |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Defendant's Notice of Removal (ECF No. 1), filed April 13, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Notice of Settlement and Stipulation of Dismissal with Prejudice (ECF No. 7), filed April 21, 2021, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this matter are hereby **DISMISSED WITH PREJUDICE.**

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

April 21, 2021
Date